IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.	CRIMINAL NO.: 2:10CR160-SA-JMV-23

AIREN PAIGE WILLIAMS	DEFENDANT

ORDER ON MOTION

Defendant filed a Motion [895] requesting a copy of the Judgment entered in her case. That request is GRANTED. Enclosed with this Order is a copy of the Judgment entered against Airen Paige Williams on December 31, 2012.

SO ORDERED, this the 31st day of March, 2016.

    /s/ Sharion Aycock
**U.S. DISTRICT JUDGE**