# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**AIREN PAIGE WILLIAMS**                                                              **MOVANT**

**v.**                                                              **No. 2:10CR160-SA-JMV-23**

**UNITED STATES OF AMERICA**                                                         **RESPONDENT**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant Motion to Vacate, Set Aside, or Correct Sentence is **DISMISSED** as waived.

**SO ORDERED**, this, the 20th day of October, 2017.

                                                  **/s/ Sharion Aycock**
                                                  **U.S. DISTRICT JUDGE**